## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | |
|---|---|
| TROY HINKLE, Individually and for Others Similarly Situated,<br><br>v.<br><br>PHILLIPS 66 COMPANY. | **Case No. 4:20-cv-00022-DC**<br><br>Jury Trial Demanded<br><br>FLSA Collective Action |

### RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Troy Hinkle hereby dismisses this matter with prejudice, each party to pay its own costs. Because the Parties agree to the dismissal, it is effective upon filing. Each party is to bear their respective fees and costs.

Dated: January 9, 2023

Respectfully submitted,

/s/ *Richard M. Schreiber*
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Richard M. Schreiber
Texas Bar No. 24056278
**JOSEPHSON DUNLAP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone

/s/ *Kimberly F. Cheeseman*
Shauna Johnson Clark
State Bar No. 00790977
Kimberly F. Cheeseman
State Bar No. 24082809
Jesika Silva Blanco
State Bar No. 24098428
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
shauna.clark@nortonrosefulbright.com
kimberly.cheeseman@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

**ATTORNEYS FOR DEFENDANT**

713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFFS**